UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00049 SBA | |
| Plaintiff, ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING | |
| v. ) ) | DATE TO APRIL 27, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY | |
| MARTIN RIOS RAMIREZ, ) ) | TRIAL ACT | |
| Defendant. ) ) ) ) | Date: Time: Court: | April 20, 2010 9:00 a.m. Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 20, 2010 to April 27, 2010, and that time be excluded under the Speedy Trial Act between April 13, 2010 and April 27, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

The government has produced discovery, including digital media in the Spanish language, to defendant in the above-captioned matter. Defendant needs additional time to review the discovery produced in this matter and to investigate this matter. Additionally, defendant will be indicted in a related matter pending before the Honorable D. Lowell Jensen (Case No. CR-10-00048 DLJ). The United States needs additional time to seek a superseding indictment. The parties agree the ends of justice served by granting the continuance outweigh

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 27, 2010 AND TO EXCLUDE TIME
No. CR-10-00049 SBA

1 the best interests of the public and defendant in a speedy trial. For these stated reasons, the
2 Court finds that the ends of justice served by granting the continuance outweigh the best interests
3 of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18
4 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

5 **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
6 April 20, 2010 to April 27, 2010 at 9:00 a.m., and that time between April *20*, 2010 and April 27,
7 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
8 taking into account the exercise of due diligence.

10 DATED:_4/20/10                                    _____
                                                     HON. SAUNDRA BROWN ARMSTRONG
11                                                   United States District Judge