JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:       James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00049 SBA |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| MARTIN RIOS RAMIREZ,<br>  a/k/a Antonio Rangel, | ) | |
| Defendant. | ) | |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant in the above-captioned matter.  On or about May 13, 2010, a grand jury returned a Superceding Indictment against defendant and two other individuals that includes the charges from the above-captioned matter, as well as other charges.  The Superceding Indictment is pending before the Honorable D. Lowell Jensen in case number 10-00048 DLJ.  Because the charges from the above-captioned matter are now included in the Superceding

////

1  Indictment, the United States moves to dismiss the above-captioned case.

2

3  DATED: June 7, 2010                             Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
5

6                                                         /s/
                                                   JAMES C. MANN
7                                                  Assistant United States Attorney

8

9  The United States' request for leave of Court is **GRANTED** and the Indictment is **DISMISSED**.

10

11 DATED:_6/8/10
                                                   _____
12                                                 HON. SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR-10-00049 SBA